Case No. 23-1179

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

OAKLAND TACTICAL SUPPLY, LLC; JASON RAINES; MATTHEW REMENAR; SCOTT FRESH; RONALD PENROD; EDWARD GEORGE DIMITROFF

    Plaintiffs - Appellants

v.

HOWELL TOWNSHIP, MI

    Defendant - Appellee

Upon consideration of Michigan Municipal League and Michigan Townships Association motion to file a brief as amicus curiae,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

        **ENTERED BY ORDER OF THE COURT**
        Kelly L. Stephens, Clerk

Issued: May 29, 2024