UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-1179**

Case Title: **Oakland Tactical Supply, LLC, et al.**     vs. **Howell Township, MI**

List all clients you represent in this appeal:

**Oakland Tactical Supply, LLC, Jason Raines, Matthew Remenar, Scott Fresh, Ronald Penrod, and Edward George Dimitroff**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joseph Greenlee**     Signature: s/ **Joseph G.S. Greenlee**

Firm Name: **Greenlee Law, PLLC**

Business Address: **PO Box 4061**

City/State/Zip: **McCall, ID 83638**

Telephone Number (Area Code): **(208) 271-2494**

Email Address: **joseph@greenlee.law**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.