**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 16, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re: Case No. 23-1179, *Oakland Tactical Supply, LLC, et al v. Howell Township, MI*
> Originating Case No. : 2:18-cv-13443

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Mackenzie A. Collett
For Antoinette Macon

cc: Ms. Martha A. Dean
    Mr. Joseph Greenlee
    Mr. Christopher Scott Patterson
    Mr. Peter A. Patterson
    Mr. Thomas R. Schultz
    Mr. David J. Szymanski Jr.
    Mr. Jacob Norman Witte

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1179

_____

Filed: July 16, 2024

OAKLAND TACTICAL SUPPLY, LLC; JASON RAINES; MATTHEW REMENAR; SCOTT FRESH; RONALD PENROD; EDWARD GEORGE DIMITROFF

    Plaintiffs - Appellants

v.

HOWELL TOWNSHIP, MI

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 05/31/2024 the mandate for this case hereby issues today.

 COSTS: None